# COMPLAINT
(for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 AUG 29 A 11: 13
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Myrther Lee Younger
4151 N. 16th St
Milwaukee, WI 53209

v.

(Full name of defendant(s))

Lyft
550 W. Grange Ave.
Milwaukee, WI 53207

Case Number:

25-C 1314

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   __4151 North 16th Street Milw, WI, 53209__
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Lyft__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Lyft, wrongful termination emotional distress, 12-21-2024 is the date of termination off platform from employment to personal services. It happen in Milwaukee, WI and they did it from false information without proof of evidence or file police report. It be reoccurring incident if the platform raise prices due

Complaint – 2

weather or big event the individual receive a refund because feel/known they will get reimburse if they state anything malicious degree

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ ~~5million~~ my

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Compensatory Damages, Pain and Suffering and emotional distress for 5 million dollars. If it all work in my favor I would like the defendants to set rules to where they notice the passanger do not feel intitle to lied without proving providing proof without hear say, or when its snowning or the ajust prices the driver have know control over.

E.  **JURY DEMAND**

   I want a jury to hear my case.

   ☐ – YES    ☒ – NO

   I declare under penalty of perjury that the foregoing is true and correct.

   Complaint signed this 29 day of August 2025.

   Respectfully Submitted,

   _____
   Signature of Plaintiff

   2623279465
   Plaintiff's Telephone Number

   myrther younger
   Plaintiff's Email Address

   4151 N. 16th St Milwaukee, WI 53209
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☒ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5